Honorable James T. Worthen
Chief Justice, Court of Appeals District, Tyler, Texas
Twelfth Court of Appeals
1517 W. Front St.
    Suite 354
Tyler, Tx.    75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 1 8 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Case Number: 12-15-00002-CR
    Trial Court Case Number: 114-0724-14

Dear Chief Justice Worthen;

On the 27th day of May 2015 it was Ordered that the trial court ensure that Appellant has the opportunity to fully examine the appellate record on or before June 26, 2015 in order to file a pro se brief. However, this court did not specify the manner in which Appellant is to have access to the record.

At this time I would like to request that the record (or copy) be sent to me or placed on loan to TDCJ-ID, Beto Unit Law Library, so that I may use the writ room here at the unit. If the District Clerk's copy is sent, I will see that it is returned.

Respectfully,
Shelton
T.D.C. # 1981062
1391 FM 3328
Tennessee Colony, Tx. 75880